IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EVERETTE H BATES,

    Plaintiff,

v.                               CASE NO. 1:15-cv-00027-MP-GRJ

CAROLYN W COLVIN,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 19, 2016. (Doc. 14). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation, Doc. 14, is adopted and incorporated by reference in this order.

2.     The decision of the Commissioner of Social Security is AFFIRMED.

**DONE AND ORDERED** this _19th_ day of February, 2016

                                       *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge